HARLAN BLACKBURN v. STATE OF FLORIDA

10 So. (2nd) 906                                    January Term, 1943
January 19, 1943                                        En Banc

*Frank R. Greene,* for appellant.

*J. Tom Watson,* Attorney General, *Millard B. Conklin* and *Woodrow M. Melvin,* Assistant Attorneys General, for appellee.

PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

Affirmed.

BUFORD, C. J., WHITFIELD, CHAPMAN, THOMAS and ADAMS, JJ., concur.

BROWN and TERRELL, JJ., dissent.